UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN CLARK,
                 Plaintiff,

-v-

U.S. DEPARTMENT OF EDUCATION,
                 Defendant.

18-CV-9354 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On April 21, 2020, the Second Circuit dismissed Plaintiff's appeal of this Court's Opinion and Order granting Defendants' motion to dismiss and terminating the Student Loan Financing Corporation as a party to this action. (Dkt. No. 51.) In that Opinion and Order, Plaintiff was granted leave to amend his complaint to assert any Administrative Procedure Act claims he has against Defendant U.S. Department of Education. (Dkt. No. 49 at 9–10.)

Accordingly, Plaintiff is directed to file an amended complaint on or before June 22, 2020. If no amended complaint is filed by June 22, 2020, this action will be dismissed with prejudice.

SO ORDERED.

Dated: April 22, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge