**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SEAN A. CLARK,

                Plaintiff,

    -against-                                     18 **CIVIL** 9354 (JPO)

                                               **JUDGMENT**

STUDENT LOAN FINANCE CORPORATION,
et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 18, 2020, as of the date of the Order, no amended complaint has been filed on the docket. This case is dismissed with prejudice and judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:** New York, New York
          September 21, 2020

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                          **BY:**      *K. Mango*

                                                            **Deputy Clerk**